IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PENNY JO QUINNELL,

    Plaintiff,

v.

CAROLYN W. COLVIN,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No.  14-cv-601-bbc

    This action came before the court for consideration with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED in favor of plaintiff Penny Jo Quinnell reversing and remanding the decision of defendant Carolyn W. Colvin, Acting Commissioner of Social Security, under sentence four of 42 US.C. § 405(g).

| s/V. Olmo, Deputy Clerk | 5/18/2015 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |