IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

PENNY JO QUINNELL,

        Plaintiff,　　　　　　　　　JUDGMENT IN A CIVIL CASE

v.

        　　　　　　　　　　　　　　Case No. 14-cv-601-bbc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security

        Defendant.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Penny Jo Quinnell attorney fees and costs in the amount of $8,250 under the Equal Access to Justice Act, 28 U.S.C. § 2412.

 

| s/ V. Olmo, Deputy Clerk | 8/17/2015 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |